JONATHAN PHILIP DRESCHER,

      Plaintiff,

v.

SWM UNLOCK CORPORATION
D/B/A POP -A- LOCK, JON E. SMITH,

      Defendants.

_____/

## **COMPLAINT**
*{Jury Trial Demanded}*

Plaintiff, JONATHAN PHILIP DRESCHER, brings this action against Defendants, SWM

UNLOCK CORPORATION D/B/A POP -A- LOCK and JON E. SMITH, pursuant to the Fair

Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1.      Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2.      At all times material hereto, Plaintiff JONATHAN PHILIP DRESCHER was a resident of

the State of Florida and an "employee" of Defendants as defined by the FLSA.

3.      At all times material hereto, Plaintiff engaged in interstate commerce on a regular and

recurring basis within the meaning of the FLSA through his telephonic communication with people

outside Florida.

4.      At all times material hereto, Defendant, SWM UNLOCK CORPORATION D/B/A POP -

A- LOCK, was a Florida corporation with its principal place of business in South Florida, engaged

in commerce in the field of roadside assistance, at all times material hereto was the "employer" of

Plaintiff as that term is defined under statutes referenced herein, engaged along with two or more

of its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

5.    Two or more of Defendants' employees use tools and materials, including vehicles, manufactured outside Florida pursuant to their employment.

6.    Defendant, JON E. SMITH, is a resident of Broward County, Florida and was, and now is, the managing agent, director and/or owner of Defendant, SWM UNLOCK CORPORATION D/B/A POP -A- LOCK; said Defendant acted and acts directly in the interests of Defendant, SWM UNLOCK CORPORATION D/B/A POP -A- LOCK, in relation to said co-Defendant's employees. Defendant effectively dominates SWM UNLOCK CORPORATION D/B/A POP -A- LOCK. administratively, has the power to act, on behalf of the corporation relative to its employees, and had the authority to direct and control the work of others.

7.    Defendant, JON E. SMITH, controlled Plaintiff's pay, duties, and schedule, and had hiring and firing authority over Plaintiff.

8.    Plaintiff worked for Defendants as a service technician.

9.    Defendants frequently paid Plaintiff late.

10.    Defendants failed to pay Plaintiff his full and proper minimum wage for all hours worked.

11.    Defendants failed to pay Plaintiff his full and proper overtime wages of 1.5 times Plaintiff's regular hourly rate for all overtime hours worked.

12.    Plaintiff has attached a statement of claim as Exhibit A to provide initial estimates of the damages. These amounts may change as Plaintiff engages in the discovery process.

13.    Defendants have knowingly and willfully refused to pay Plaintiff his legally-entitled wages.

14.      Plaintiff has complied with all conditions precedent to bringing this suit, or same have been

waived or abandoned.

15.      Plaintiff has retained the services of the undersigned and is obligated to pay for the legal

services provided.

**COUNT I**
**VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")**
**ALL DEFENDANTS**

16.      Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-15 above as if

set forth herein in full.

17.      Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b),

that Plaintiff is entitled to: (i) unpaid minimum wages; (ii) time-and-a-half overtime pay, and (iii)

liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq including

for late pay.

18.      Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs,

and attorneys' fees pursuant to 29 U.S.C. § 216(b).

        WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, plus

costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

                                        Respectfully submitted,

                                        Koz Law, P.A.
                                        320 S.E. 9th Street
                                        Fort Lauderdale, Florida 33316
                                        Phone: (786) 924-9929
                                        Fax:    (786) 358-6071
                                        Email: ekoz@kozlawfirm.com


                                        _____
                                        Elliot Kozolchyk, Esquire
                                        Bar No.: 74791

3