UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-60412-CIV-GAYLES

JONATHAN PHILIP DRESCHER,

    Plaintiff,

v.

SWM UNLOCK CORPORATION
D/B/A POP-A-LOCK, and
JON E. SMITH,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court on Plaintiff's Verified Motion for Default Judgment and Attorney's Fees and Costs [ECF No. 13]. The Court has reviewed the Motion and the record and is otherwise fully advised.

1. Plaintiff brought this action against Defendants SWM Unlock Corporation and Jon E. Smith for violations of the Fair Labor Standards Act ("FLSA") [ECF No. 1].

2. On March 4, 2017, Plaintiff served Defendant Jon E. Smith [ECF No. 7].

3. Mr. Smith has failed to answer or otherwise respond to the Complaint. As a result, Plaintiff moved for, and the Clerk entered, a default against Mr. Smith [ECF No. 11].

4. As a result of Defendant Smith's failure to answer Plaintiff's Complaint, or otherwise appear in this action at all, the Court accepts as true the allegations in the Complaint that Mr. Smith failed to pay Plaintiff minimum and overtime wages in violation of the FLSA.

Based thereon, it is

**ORDERED AND ADJUDGED** that Plaintiff's Verified Motion for Default Judgment and Attorney's Fees and Costs [ECF No. 13] is **GRANTED**. It is further

**ORDERED AND ADJUDGED** that a default final judgment is entered in favor of Plaintiff John Philip Drescher and against Defendant Jon E. Smith.  Plaintiff and his counsel are awarded the sum of $100,106.57.  Interest shall accrue at the rate prescribed by 28 U.S.C. §1961 until this judgment is satisfied, for which let sum execution issue.  Plaintiff's counsel shall also be entitled to attorney's fees incurred in the collection of the judgment upon further motion to be filed with this Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of May, 2017.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE